DISSENTING OPINION BY
Judge Patricia a. McCullough.
I respectfully dissent from that part of the Majority’s opinion that reverses the trial court’s denial of the City of Allentown’s petition to vacate the minimum shift staffing requirements of the collective bargaining agreement. The testimony before the trial court clearly establishes that this requirement relates to firefighter safety and, therefore, it is subject to collective bargaining and not a derogation of management prerogative. See City of Erie v. International Association of Firefighters, Local 293, 74 Pa.Cmwlth. 245, 459 A.2d 1320, 1321 (1983). Hence, the minimum shift staffing requirement is distinguishable from the cases cited by the Majority which hold that the total number of firefighters that a municipality desires to employ is an inherent managerial prerogative.